**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:18-CV-633-MOC-DCK**

| | | |
|---|---|---|
| **YVETTE MARSHALL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NOVANT HEALTH, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by Philip J. Gibbons, Jr., concerning James B. Zouras on January 8, 2018.  Mr. James B. Zouras seeks to appear as counsel *pro hac vice* for Plaintiff Yvette Marshall.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

   **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED.**  Mr. James B. Zouras is hereby admitted *pro hac vice* to represent Plaintiff Yvette Marshall.

   **SO ORDERED**.


Signed: January 8, 2019


David C. Keesler
United States Magistrate Judge