IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-633-MOC-DCK

| YVETTE MARSHALL, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| NOVANT HEALTH, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 11) filed by Philip J. Gibbons, Jr., concerning Catherine T. Mitchell on January 8, 2018. Ms. Catherine T. Mitchell seeks to appear as counsel *pro hac vice* for Plaintiff Yvette Marshall. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 11) is **GRANTED.** Ms. Catherine T. Mitchell is hereby admitted *pro hac vice* to represent Plaintiff Yvette Marshall.

**SO ORDERED**.

Signed: January 8, 2019

David C. Keesler
United States Magistrate Judge