IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-633-MOC-DCK

| YVETTE MARSHALL, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NOVANT HEALTH, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 15) filed by Patrick E. Kelly, concerning Christopher Boran on January 10, 2018. Christopher Boran seeks to appear as counsel *pro hac vice* for Defendant Novant Health, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 15) is **GRANTED**. Christopher Boran is hereby admitted *pro hac vice* to represent Defendant Novant Health, Inc.

**SO ORDERED**.

Signed: January 10, 2019

David C. Keesler
United States Magistrate Judge