IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-633-MOC-DCK

| | |
|---|---|
| **YVETTE MARSHALL,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **NOVANT HEALTH, INC.,** | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 16) filed by Patrick E. Kelly, concerning Matthew A. Russell on January 10, 2018. Matthew A. Russell seeks to appear as counsel *pro hac vice* for Defendant Novant Health, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 16) is **GRANTED**. Matthew A. Russell is hereby admitted *pro hac vice* to represent Defendant Novant Health, Inc.

**SO ORDERED**.

Signed: January 10, 2019

David C. Keesler
United States Magistrate Judge