**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:18-CV-633-MOC-DCK**

| | |
|---|---|
| **YVETTE MARSHALL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )        **ORDER** |
| | ) |
| **NOVANT HEALTH, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit*"* (Document No. 17) filed by Patrick E. Kelly, concerning Sari M. Alamuddin on January 10, 2018.  Sari M. Alamuddin seeks to appear as counsel *pro hac vice* for Defendant Novant Health, Inc.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 17) is **GRANTED**.  Sari M. Alamuddin is hereby admitted *pro hac vice* to represent Defendant Novant Health, Inc.

**SO ORDERED**.

Signed: January 10, 2019

David C. Keesler
United States Magistrate Judge