IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-633-MOC-DCK

| YVETTE MARSHALL, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) | **ORDER** |
| NOVANT HEALTH, INC., | ) ) ) |  |
| Defendant. | ) ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 23) filed by Kimberly J. Kirk, concerning Patrick R. Duffey on February 11, 2019. Patrick R. Duffey seeks to appear as counsel *pro hac vice* for Defendant Novant Health, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 23) is **GRANTED**. Patrick R. Duffey is hereby admitted *pro hac vice* to represent Defendant Novant Health, Inc.

**SO ORDERED**.

Signed: February 11, 2019

David C. Keesler
United States Magistrate Judge