# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-633-MOC-DCK

| | |
|---|---|
| **YVETTE MARSHALL**, on behalf of herself and all others similarly situated, | )<br>)<br>) |
| **Plaintiff**, | )<br>) |
| vs. | )<br>) |
| **NOVANT HEALTH, INC.**, | )   **ORDER**<br>)<br>)<br>) |
| **Defendant.** | ) |

Before the Court is the Parties' Joint Motion to Extend the Briefing Schedule as to Defendant's Motion for Summary Judgment. (Doc. 30).

Finding that there is good cause for the Motion, and that the relief requested is just and appropriate, the Court ORDERS as follows:

(1) The Parties' Joint Motion, (Doc. 30), is GRANTED;

(2) Plaintiff shall file a Response to Defendant's Motion for Summary Judgment on or before September 11, 2019; and

(3) Defendant shall file a Reply on or before October 2, 2019.

**IT IS SO ORDERED.**

Signed: August 26, 2019

Max O. Cogburn Jr.
United States District Judge

1