# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-633-MOC-DCK

| | |
|---|---|
| YVETTE MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NOVANT HEALTH, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Defer Mediation Deadline" (Document No. 34) filed October 11, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Defer Mediation Deadline" (Document No. 34) is **GRANTED**. A report on the result of mediation shall be filed on or before **December 13, 2019**.

Signed: October 11, 2019

David C. Keesler
United States Magistrate Judge