UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-633-MOC-DCK

| | |
|---|---|
| YVETTE MARSHALL, on behalf of herself and all others similarly situated, ) ) ) Plaintiffs, ) ) vs. ) ) NOVANT HEALTH INC., ) ) Defendant. ) ) | ORDER |

**THIS MATTER** is before the Court on its own motion.

Given the COVID-19 pandemic, the trial in this matter currently scheduled for June 15, 2020, is hereby continued to a date to be determined.

**IT IS SO ORDERED**.

Signed: June 9, 2020

Max O. Cogburn Jr
United States District Judge